UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ANDREW KEITH FINDLEY, *a.k.a Gilly Findley,*
*a.k.a Roundhead Findley*,

                                                 Plaintiff,                      20-CV-9548 (GBD) (VF)

            -against-                                 **ORDER SCHEDULING CASE**
                                                                            **MANAGEMENT CONFERENCE**

WILLIAM BARR,

                                                 Defendant.
-------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A Case Management Conference in this matter is hereby scheduled for **Tuesday, August 23, 2022, at 3:00 p.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code [9781335].**

      **SO ORDERED.**

DATED:      New York, New York
                   June 28, 2022

                                                                         _____
                                                                          VALERIE FIGUEREDO
                                                                          United States Magistrate Judge