```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/28/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ANDREW KEITH FINDLEY, AKA GILLY
FINDLEY, AKA ROUNDHEAD FINDLEY.,

              Petitioner,

-against-

MERRICK B. GARLAND,
U.S. ATTORNEY GENERAL,

              Respondent.

------------------------------------------------------------X

20-cv-09548 (GBD) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

    The parties are directed to file a joint letter by no later than **Friday, May 26, 2023,** providing the Court an update on the status of the case. The letter should detail the progress of discovery in the prior month, the anticipated next steps in the upcoming month, and any disputes that have arisen. **SO ORDERED.**

DATED:    New York, New York
               March 28, 2023

                                                                 _____
                                                                 VALERIE FIGUEREDO
                                                                 United States Magistrate Judge