UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANDREW KEITH FINDLEY, *a.k.a Gilly Findley,*
*a.k.a Roundhead Findley*,

                           Plaintiff,                      20-CV-9548 (GBD) (VF)

       -against-                              **ORDER**

WILLIAM BARR,

                           Defendant.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      Respondent's request to reopen Petitioner's deposition is **GRANTED but only for a period of time of up to two hours.** Respondent has shown good cause for reopening the deposition given that Respondent made a good faith effort to obtain the documents from Petitioner's trial prior to the deposition and those documents contain information that Respondent did not have and thus could not use to question Petitioner. To limit the burden on Petitioner, Respondent is limited to at most two hours of time.

      The deadline for document production remains September 22, 2023. The deadline for the limited depositions that remain outstanding is extended to October 31, 2023.

      **SO ORDERED.**

DATED:    New York, New York
               September 15, 2023

                                                               VALERIE FIGUEREDO
                                                               United States Magistrate Judge