**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
ANDREW KEITH FINDLEY, *a.k.a Gilly Findley,*
*a.k.a Roundhead Findley*,

                              Plaintiff,                  **20-CV-9548 (GBD) (VF)**

                  -against-                              **ORDER**

WILLIAM BARR,

                              Defendant.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A settlement conference in this matter is scheduled for **Thursday, June 20, 2024 at 2:00 p.m.**, in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with the Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court no later than **June 13, 2024.** The parties are excused from the requirements in Section 4 of the standing order given that Petitioner sent a settlement proposal to Respondent on April 3, 2024.

      The current deadline for dispositive motions of May 1, 2024 is stayed pending the outcoming of this settlement conference. The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 55 and 56.

**SO ORDERED.**

DATED:     New York, New York
           April 26, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge