UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ANDREW KEITH FINDLEY, *a.k.a Gilly Findley,*
*a.k.a Roundhead Findley*,

       Plaintiff,      **20-CV-9548 (GBD) (VF)**

   -against-         **ORDER**

WILLIAM BARR,

       Defendant.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

  The settlement conference in this matter has been rescheduled to **Monday, July 1, 2024 at 2:00 p.m.**, in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with the Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court no later than **June 24, 2024.** The parties are excused from the requirements in Section 4 of the standing order given that Petitioner sent a settlement proposal to Respondent on April 3, 2024.

**SO ORDERED.**

DATED:  New York, New York
      May 7, 2024

                 _____
                 VALERIE FIGUEREDO
                 United States Magistrate Judge