UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANDREW KEITH FINDLEY, *a.k.a Gilly Findley,*
*a.k.a Roundhead Findley*,

                        Plaintiff,                **20-CV-9548 (GBD) (VF)**

         -against-                         **ORDER**

MERRICK GARLAND,

                        Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The Court is aware that the parties have reached a settlement. All pending deadlines in this case are adjourned *sine die*. The parties are to submit a joint stipulation of dismissal, or update the Court as to the status of settlement, by **Thursday, September 26, 2024**.

**SO ORDERED.**

DATED:    New York, New York
               August 27, 2024

                                                                    _____
                                                                      VALERIE FIGUEREDO
                                                                      United States Magistrate Judge