UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ANDREW KEITH FINDLEY, *a.k.a Gilly Findley,*
*a.k.a Roundhead Findley*,

                      Plaintiff,                  **20-CV-9548 (GBD) (VF)**

     -against-                            **ORDER**

WILLIAM BARR,

                      Defendant.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      In this case, there have been numerous documents filed on the docket under seal without an accompanying motion making the requisite showing for sealing. See ECF Nos. 1-3, 6, 8-10, 12-13, 15, 17, 19, 21, 23, 25-26, 28, 30-31, 33, 35, 38-40, 42, 44, 45, 47-49, 51, 53, 55-56, 59, 62. There is a common law right of public access to judicial documents and for a document to be filed on the docket with redactions or under seal, a party must make a showing under Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006). After a review of the documents, many do not appear to contain the type of confidential, sensitive, or proprietary information for which sealing is typically sought and obtained. Accordingly, if any party wishes to maintain under seal any of the documents currently filed as so, they must submit a letter motion on or before **Wednesday, October 23, 2024**, setting forth the basis for sealing.

      **SO ORDERED.**

DATED:     New York, New York
               October 2, 2024

                                                                VALERIE FIGUEREDO
                                                                United States Magistrate Judge