UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW KEITH FINDLEY,
AKA GILLY FINDLEY,
AKA ROUNDHEAD FINDLEY,

        Petitioner,

v.

MERRICK B. GARLAND,
U.S. ATTORNEY GENERAL,

        Respondent.

1:20-cv-09548-GBD-VF

**[PROPOSED] ORDER OF
DISMISSAL AND SETTLEMENT**

Having read and considered the Stipulation and Order of Dismissal and Settlement jointly submitted by the parties, and finding good cause therefor, IT IS HEREBY ORDERED that the instant action shall be dismissed without prejudice and with leave to reopen in the event that the terms set forth herein are not met within 30 days of execution of the Stipulation. The parties shall notify the Court that the matter may be dismissed with prejudice following dismissal of the removal proceedings.

Dated: 12/2/2024

_____
HONORABLE GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE